# Law Offices of
# Raymond Elvis Gazer
# 172 East 161st Street
# Bronx, New York 10451
# (917)848-0527·REGazer@gmail.com

Raymond Elvis Gazer, Esq.

October 7th, 2022

*Via Electronic Court Filing*
Honorable Valerie Figueredo
United States Magistrates Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   United States of America versus Shouket Chudhary, et al
            22-MAG-7615

Your Honor,

    I write on behalf of my client, Shouket Chudhary, to again respectfully request that the conditions of his release on bond be modified. For the Court's reference, I have previously requested that the conditions of release be modified to allow my client to have contact with his codefendants, all of whom are his relatives, outside the presence of counsel, except that any discussions about this must be had in counsel's presence. The Government had no objection to this request. The Court has yet to rule upon it.

    I now respectfully request a further modification of the terms of Mr. Chudhary's bond. Currently, the bond is a $250,000 personal recognizance bond secured with the additional signature of one financially responsible person. I now ask that the bond be changed to a secured bond partially secured by $10,000 to be deposited with the Court. The Government consents to this further modification. All other conditions of his release will

[Handwritten annotation: 10/7/22 Mr. Chudhary's bail is modified to this extent:
- The bond is a $250,000 bond, partially secured by $10,000 to be deposited with the Court. Mr. Chudhary has one additional week to comply with this condition.]

remain the same. Thank you for your consideration of this matter.

                              Respectfully submitted,

                              Raymond Elvis Gazer, Esq.

CC:       The Government

           *Via ECF*